UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIQUE CASH,

    Plaintiff,

v.

    Case No. 19-10799

    Hon. George Caram Steeh

ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO REMAND

Defendant, the Commissioner of Social Security, seeks a remand of this action for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). The statute provides that the "court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security. . . ." 42 U.S.C. § 405(g). The Commissioner believes that further administrative action is warranted because of "concerns that the recording of the administrative hearing does not accurately reflect a

- 1 -

complete record of the hearing proceedings." Doc. 13.  The Commissioner seeks remand to the Appeals Council, "which will instruct the Administrative Law Judge to conduct a new hearing and ensure that a complete record of the hearing proceedings is made."  *Id.*  The Commissioner represents that Plaintiff takes no position on the Commissioner's motion.

Based upon the Commissioner's showing of good cause, IT IS HEREBY ORDERED that the Commissioner's motion (Doc. 13) is GRANTED and this matter is REMANDED to the Appeals Council for further proceedings.

Dated:  July 23, 2019

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 23, 2019, by electronic and/or ordinary mail and also on
Dominique Cash, 8200 Evergreen, Detroit, MI 48228.

s/Barbara Radke
Deputy Clerk