UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIQUE CASH,

    Plaintiff,

  v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 19-10799

Hon. George Caram Steeh

ORDER GRANTING MOTION TO REINSTATE CASE
AND ENTER JUDGMENT FOR PLAINTIFF (ECF NO. 15)

On July 23, 2019, the court remanded this social security action for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). The administrative law judge issued a decision favorable to Plaintiff. The parties now jointly move to reinstate the case for the purpose of entering judgment in favor of Plaintiff. *See Melkonyan v. Sullivan*, 501 U.S. 89, 102 (1991) (after completion of sentence six remand proceedings, "the Secretary must return to District Court, at which time the court will enter a final judgment").

-1-

IT IS HEREBY ORDERED that the motion to reinstate (ECF No. 15) is GRANTED.  The court will enter a separate judgment.

Dated:  July 23, 2020

                               s/George Caram Steeh
                               GEORGE CARAM STEEH
                               UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 23, 2020, by electronic and/or ordinary mail and also on
Dominique Cash, 8200 Evergreen, Detroit, MI 48228

s/Brianna Sauve
Deputy Clerk